UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:13-CR-35 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| MICHAEL MADDOX | ) | |

## **O R D E R**

Defendant Michael Maddox ("Defendant") filed a motion to suppress evidence in this case (Court File No. 14). The motion was referred to United States Magistrate Judge Susan Lee, who held a hearing and subsequently filed a Report and Recommendation ("R&R") concluding Defendant's motion should be denied (Court File No. 27). Defendant timely objected (Court File No. 28). The government did not respond to Defendant's objection. For the reasons discussed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 27). Accordingly, Defendant's motion to suppress is **DENIED** (Court File No. 14).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**